U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

DEC 3 0 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| REBECCA THIBEAUX | CIVIL ACTION NO. 04-1609 |
| -vs- | JUDGE DRELL |
| ANTHONY J. PRINCIPI, *obo* UNITED STATES DEPARTMENT OF VETERANS AFFAIRS | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff be awarded attorney's fees in the amount of $50,354.93, together with costs and expenses in the amount of $6,052.41.

**THUS DONE AND SIGNED** in chambers, in Alexandria, Louisiana on this _29th_ day of December, 2008.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE